IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DOE, G.B., individually
and as Parent of H.H.                                                                                   PLAINTIFF

v.                            Case No. 4:22-cv-00980-KGB

BRYANT SCHOOL DISTRICT                                                                    DEFENDANT

## ORDER

Before the Court is the plaintiff's notice of voluntary dismissal (Dkt. No. 11). This notice accords with the requirements for a stipulation of dismissal pursuant Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal (Dkt. No. 11). The Court dismisses without prejudice the action.

It is so ordered this 28th day of August, 2024.

_Kristine G. Baker_
Kristine G. Baker
Chief United States District Judge